# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:08-CV-493-FDW-DCK

| | |
|---|---|
| **DAVID T. MALBROUGH,** | |
| **Plaintiff,** | |
| v. | **ORDER GRANTING APPLICATION** |
| **CONTINENTAL TIRE NORTH AMERICA, INC.,** | **FOR ADMISSION *PRO HAC VICE* OF DAVID S. BIRNBAUM** |
| **Defendant.** | |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Continental Tire North America, Inc. for admission *pro hac vice* of David S. Birnbaum, and it appearing to the Court under Local Rule 83.1(B) that Mr. Birnbaum should be admitted *pro hac vice* as representing Defendant Continental Tire North America, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that David S. Birnbaum is admitted to practice before this Court *pro hac vice*.

Signed: August 5, 2009

David C. Keesler
United States Magistrate Judge