UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-493-FDW-DCK

| | |
|---|---|
| DAVID T. MALBROUGH,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC.,<br><br>    Defendant. | ORDER GRANTING APPLICATION<br>FOR ADMISSION *PRO HAC VICE*<br>OF BRIAN WEST EASLEY |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Continental Tire North America, Inc. for admission *pro hac vice* of Brian West Easley, and it appearing to the Court under Local Rule 83.1(B) that Mr. Easley should be admitted *pro hac vice* as representing Defendant Continental Tire North America, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Brian West Easley is admitted to practice before this Court *pro hac vice*.

Signed: August 5, 2009

David C. Keesler
United States Magistrate Judge